# First District Court of Appeal
## State of Florida

_____

No. 1D2025-1584

_____

DONALD HALL,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, DAVID MADDOX,
WARDEN, Apalachee
Correctional Institution, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Jackson County.
Ana M. Garcia, Judge.

May 19, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Donald Hall, pro se, Appellant.

James Uthmeier, Attorney General, and Sheron L. Wells, Assistant Attorney General, Tallahassee, for Appellees.